IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BENJAMIN F. BELL,** : | |
| : | |
| Petitioner : | |
| : | |
| v. : | CASE NO. 7:04-CV-11 (HL) |
| : | 28 U.S.C. § 2255 |
| : | CASE NO. 7:02-CR-13 (HL) |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Petitioner : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 63) filed May 3, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed by the petitioner within the allotted time.

**SO ORDERED,** this the 13th day of May, 2005.

**s/ Hugh Lawson**
**HUGH LAWSON, Judge**
**United States District Court**